IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL R. MAROLD, an individual d.b.a. CHILL6, <br><br> Defendant. | No. 22−cv−11773-DJC |

**DECLARATION OF MANU J. SEBASTIAN IN SUPPORT OF THE UNITED STATES' MOTION FOR ENTRY OF DEFAULT**

I, Manu J. Sebastian, hereby declare the following:

1. I am a Trial Attorney in the Consumer Protection Branch of the Civil Division of the United States Department of Justice and counsel of record in the above-captioned case.

2. Pursuant to my employment, I am familiar with the records and docket in the above-captioned case.

3. I have reviewed my files and the Court's docket and to date Daniel R. Marold (Defaulting Defendant) has not filed an answer or otherwise appeared in this matter, despite being served with the Complaint. *See* Dkt. No. 10; Ex. A (email agreement to service by mail); Ex. B (acknowledgement of receipt).

4. Based on my records and communications with Defaulting Defendant, he is not a minor or an incompetent person.

5. I have had an online search of the Department of Defense Manpower Data Center performed and confirmed that the Defaulting Defendant is not in military service. Therefore, he is not a member of the Armed Forces within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

Pursuant to 21 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Annandale, Virginia on February 17, 2023.

    /s/ Manu J. Sebastian

Manu J. Sebastian
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice