# EXHIBIT A

**From:** Daniel Marald <Dan28Jam@hotmail.com>
**Sent:** Friday, October 7, 2022 7:53 PM
**To:** Sebastian, Manu J.
**Subject:** Re: [EXTERNAL] Re: Re FINAL SALE $14.95 ALL Flavors MUST GO!

You can send it by mail, I just need a copy.

On Oct 7, 2022, at 6:24 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

Thank you, Dan.

Since you will not accept service by email or mail, we will need to serve the complaint to you in hand.  Please be aware that a process server will be coming to your house to serve you in person sometime in the next couple of weeks.  The process server may be an individual from the sheriff's or constable's office.

In the interim, if you change your mind, we ask that you send us an email that affirmatively states you wish to receive the complaint by e-mail or mail.  Also, if you obtain counsel in the meantime, please have your counsel reach out to us as soon as possible so that we can discuss service with them.

Manny

On Oct 7, 2022, at 4:48 PM, Daniel Marald <dan28jam@hotmail.com> wrote:

No

On Oct 7, 2022, at 4:33 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

Thanks for the prompt response, Dan. We need a more definitive answer. Will you accept service by email?

Manny

On Oct 7, 2022, at 2:37 PM, Daniel Marald <dan28jam@hotmail.com> wrote:

Never read last email. Do whatever you want.

On Oct 7, 2022, at 1:41 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

Good Afternoon Dan,

Touching base on my previous email. Can you please advise in writing whether you are willing to accept service of the complaint by e-mail or mail?

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

**From:** Sebastian, Manu J.
**Sent:** Wednesday, September 14, 2022 10:42 AM
**To:** Daniel Marald <Dan28Jam@hotmail.com>
**Cc:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** RE: Re FINAL SALE $14.95 ALL Flavors MUST GO!

Dan,

Thank you for the clarification.

There is no trial date set because we have yet to file our complaint.  The reason we haven't filed our complaint yet is that we wanted to first determine whether a resolution

of this matter would be possible without litigation. However, given your response, we will move toward filing our complaint.

Can you please advise in writing whether you are willing to accept service of the complaint by e-mail or mail?

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

---

**From:** Daniel Marald <Dan28Jam@hotmail.com>
**Sent:** Wednesday, September 14, 2022 8:10 AM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Re FINAL SALE $14.95 ALL Flavors MUST GO!

Manny,

I've told you four times I'll be representing myself pro se.

A law is null in void when it violates one's Constitutionally protected activity.
Any further communication that is not related to trial will be considered harassment.

My legal expert (not my attorney) needs our trial date. After showing him your message, he has advised me to hold off on new Chill6™ formula. He recommended that I stay safe by making a living selling something that fda has no jurisdiction over; kratom. While my new Chill6™ formula contains only ingredients that are GRAS (and sold on Amazon), he feels I will not face tyranny from fda by selling kratom.

My attorney only went through every line of decree, highlighting things she would want editing, because I requested that. However, she never was interested in having me sign the document. To clarify, I'm withdrawing my offer to sign decree. The fda had an opportunity to have me sign it. That offer is not possible.

I need the date of the trial. My friend wants to plan when to drop the social media news on the American public based off trial dates. Will will talk about the potential to sell kratom over Chill6™, as this is fully compliant with fda and the fda's authority.

I'm requesting a trial for this matter.

Regards,
Dan Marold

> On Sep 13, 2022, at 2:07 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:
>
> Dan,
>
> Thank you for your email. Your response is a bit confusing. You state that you have consulted with an attorney and that she is assisting you, but you also state that you are representing yourself. As we mentioned before, if you retain counsel in this matter, we must direct our communications to her. Please let us know if she represents you in this matter, and if so, please provide her contact information or ask her to contact us directly.
>
> We would like to have a call before the end of the week with you and your attorney, if you have one, to determine whether we can address your concerns with the consent decree. Please be advised, however, that your sale - and continued sale - of Chill6 violates the law.
>
> -Manny
>
> **Manu J. Sebastian**
> Trial Attorney
> U.S. Department of Justice
> (202) 514-0515

**From:** Daniel Marald <dan28jam@hotmail.com>
**Sent:** Monday, September 12, 2022 9:49 PM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re FINAL SALE $14.95 ALL Flavors MUST GO!

Manny,

I met with my attorney and a legal expert independently. My attorney and I went over every line. If fda wanted decree signed they should've took my offer. She has 10-15 things that she highlighted that she would want changed. When we were finished, she changed her mind and wanted to go to trial. The legal expert is a friend and he wants trial for a better story on his podcast. I've decided I would like to go to trial. It will take massive study for my attorney to understand all the variables and nuances of this case/product. I'll represent myself pro se. I've been preparing 30 minutes a day. I'll be ready by next week. I've decided to get rid of my product sooner. I expect it to all be gone before trial begins. My attorney will assist me in the legal process.

Regards,
Dan



### Re: FINAL SALE $14.95 ALL Flavors MUST GO!

Dan I love what your doing. I just sold my ecommerce company. Have always fancied creating a product that creates value like yours does.

James Miller
870-847-2815
*Motivated Endeavors Company*
*Pinnacle Mountain Leather*

On Sep 12, 2022, 7:25 PM -0500, Chill6™ <customercare@chill6.com>, wrote:

