# EXHIBIT B

**From:** Daniel Marald
**To:** Sebastian, Manu J.
**Subject:** Re: [EXTERNAL] Re: United States v. Daniel Marold d/b/a Chill6
**Date:** Friday, October 21, 2022 12:42:33 PM

Yes I received it, thank you.

> On Oct 21, 2022, at 12:36 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:
>
> Good Morning Dan,
>
> Steve and I conveyed your requested changes to the consent order to FDA and they are discussing internally. We also received notice from FedEx that the Summons, Complaint, and Notices of Appearance were delivered to your home this morning and a signature was obtained from M. Marold at delivery. Would you please confirm you received them?
>
> -Manny
>
> **Manu J. Sebastian**
> Trial Attorney
> U.S. Department of Justice
> (202) 514-0515
>
> **From:** Daniel Marald <Dan28Jam@hotmail.com>
> **Sent:** Thursday, October 20, 2022 9:22 AM
> **To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: United States v. Daniel Marold d/b/a Chill6
>
> Yes
>
>> On Oct 20, 2022, at 8:26 AM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:
>>
>> Good Morning Dan,
>>
>> Are you available at noon today?
>>
>> Manny

On Oct 20, 2022, at 6:54 AM, Daniel Marald <dan28jam@hotmail.com> wrote:

Hi Manny,

Call me today if you get a chance.

Dan

> On Oct 18, 2022, at 5:15 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:
>
> Good Evening Dan,
>
> The Court requested an update to my Notice of Appearance filing. Attached is the update.
>
> -Manny
>
> **Manu J. Sebastian**
> Trial Attorney
> U.S. Department of Justice
> (202) 514-0515
>
> ---
>
> **From:** Sebastian, Manu J.
> **Sent:** Tuesday, October 18, 2022 1:02 PM
> **To:** Daniel Marald <dan28jam@hotmail.com>
> **Cc:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
> **Subject:** RE: United States v. Daniel Marold d/b/a Chill6
>
> Dan,
>
> Attached is the exhibit to the complaint referenced in my previous email. Due to Hotmail's mailbox limitations, we had to reduce the size of the pdf. As previously mentioned, we will mail you a copy of the document as well.
>
> -Manny
>
> **Manu J. Sebastian**
> Trial Attorney
> U.S. Department of Justice
> (202) 514-0515

**From:** Sebastian, Manu J.
**Sent:** Tuesday, October 18, 2022 12:50 PM
**To:** Daniel Marald <dan28jam@hotmail.com>
**Cc:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** United States v. Daniel Marold d/b/a Chill6

Good Morning Dan,

The United States has filed its complaint against you in the District of Massachusetts, and both the AUSA and I have filed Notices of Appearance in the case. Attached please find copies of the complaint and the Notices of Appearance. The exhibit to the complaint will be sent to you in a second email due to its size. Once the court provides us with the summons, we will serve the documents to you by mail per our agreement.

Best Regards,

Manny

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov