**Sebastian, Manu J.**

| | |
|---|---|
| **From:** | Daniel Marald <Dan28Jam@hotmail.com> |
| **Sent:** | Friday, December 16, 2022 11:55 AM |
| **To:** | Sharobem, Steven (USAMA) |
| **Subject:** | [EXTERNAL] Re: Consent Decree Revision |

What do you mean respond to your complaint! I shut the business down! I signed the decree, my attorney and I went over it. I mailed it to you. Stop wasting time, you're afraid to go to court because you know you're going to make a fool. Call me if you have questions, make sure you're both together, I know your careers lie on this major case 😂😂 FDA gives you the scraps, can't wait to here witnesses babble under my examination. I responded to your complaint. I did your job for you

> On Dec 16, 2022, at 11:30 AM, Sharobem, Steven (USAMA) <Steven.Sharobem@usdoj.gov> wrote:
>
> Hi Dan,
>
> Thanks for your email and for your response.  We will presume that you do not wish to sign the consent decree in light of your email.  If we are mistaken, and you still wish to talk, you can just let us know.
>
> In the meantime, can you please advise if and when you intend to respond to our complaint?
>
> Thanks,
>
> Steve
>
> Steven Sharobem
> Assistant United States Attorney
> US Attorney's Office, District of Massachusetts
> One Courthouse Way, Suite 9200
> Boston, MA 02210
> 617.748.3355
> *pronouns: he/him/his*

**From:** Daniel Marald <dan28jam@hotmail.com>
**Sent:** Friday, December 16, 2022 11:14 AM
**To:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Consent Decree Revision

You're lucky I signed the one I did. I read the internet yesterday, you guy giving the Boston herald and other news information to sensationalize this! You two need a real job, stop sucking off the American taxpayer. A major hospital I work for has concerns of all the garbage on the internet from you people. Negatively affecting my community. Hope you're proud. This must be a big case for you both. Get studying, because you're going to embarrass yourself in court. PS talking to someone about the sale of Chill6™ now.

On Dec 16, 2022, at 10:47 AM, Sharobem, Steven (USAMA)
<Steven.Sharobem@usdoj.gov> wrote:

Hi Dan,

It's been over a week since we last reached out to you.  Manny and I figured we would
send you a follow up email since we haven't heard from you.  We completely
understand if you need time to consider the proposed consent decree we sent you on
December 7, or wish to have legal representation review it, but can we ask that you
acknowledge your receipt of the proposed consent decree by responding to this
email?  If you haven't received it for some reason, we'd be happy to resend it to you.

Thanks,

Steve

Steven Sharobem
Assistant United States Attorney
US Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3355
*pronouns: he/him/his*

---

**From:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Sent:** Friday, December 9, 2022 11:04 AM
**To:** Daniel Marald <dan28jam@hotmail.com>
**Cc:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** RE: Consent Decree Revision

Good Morning Dan,

Just following up on my email from Wednesday. We want to confirm that you received the email
containing our most recent proposed consent decree with changes from FDA. Please take the time
you need to review the document, we just wanted to make sure you did receive it.

Thanks.  And if we don't speak before then, please have a good weekend.

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

---

**From:** Sebastian, Manu J.
**Sent:** Wednesday, December 7, 2022 10:34 AM
**To:** Daniel Marald <dan28jam@hotmail.com>

2

**Cc:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>
**Subject:** RE: Consent Decree Revision

Dan,

Thanks for your last e-mail. Although we have differences, we think that it is heartening that both sides continue to be motivated to see whether this matter can be resolved short of litigation.  To that end, we went back to the FDA with your concerns in the hopes of bridging the gap between us.

The FDA has added additional language to Paragraph 15 that should address your concern regarding fees.  More specifically, it makes the provision effective only if you continue to sell a product—a condition that you have previously indicated you will be willing to accept.  Like in previous versions we have sent you, the FDA has made numerous changes to its standard consent decree in an effort to accommodate concerns you have raised.   The revision is attached.  We hope this will be amenable to you and we can soon end this matter.

However, if you continue to feel that the consent decree will not work, despite all of the changes agreed to by the FDA, we will move forward with the litigation.

Best Regards,

Manny

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

---

**From:** Daniel Marald <dan28jam@hotmail.com>
**Sent:** Tuesday, December 6, 2022 10:46 AM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Consent Decree Revision

I'm not paying any potential fees, that's like giving the fda a blank check. I do not trust them after reading the first decree was full of punitive contempt. They need withdraw the fees. I've discussed with my attorney and we both feel trial will expose your discrimination and open phenibut to being banned. You can't allow phenibut to be sold and claim it's unsafe, a new drug, or a food additive (it's mixed with liquid and drank). Take out all the fees except the labeling expert I'll pay. I'm not paying fda for anything.

If not, just go to trial, we'll let judge decide, you people are incapable of negotiating reasonably. To be honest Manny, you are not good. Steve would've had a great settlement by now. You are a man that focuses solely on the power struggle. Probably affective in trial, but wasted so much time to accomplish nothing. Now you're going to get embarrassed in a courtroom for even allowing this to go in front of a judge. My attorney feels you are disrespecting the court bringing this nonsense in front of a judge.

Dan

> On Dec 6, 2022, at 9:11 AM, Sebastian, Manu J.
> <Manu.J.Sebastian@usdoj.gov> wrote:

Dan,

Please do not make any changes to the document that I sent you. If you would like to discuss issues you have with the language in the consent decree, we can have a call with FDA this afternoon. If are you available at 2pm today, I'll confirm the time with FDA and send a conference line. Does that work for you?

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

---

**From:** Daniel Marald <dan28jam@hotmail.com>
**Sent:** Monday, December 5, 2022 11:37 PM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Consent Decree Revision

Manny,

I can amend this new decree and send it back to you. If FDA chooses not to sign it, we will have to go to trial. If we go to trial, the fda will be banning phenibut, I promise. Can't wait to see how fda is going to claim phenibut is unsafe, yet allow it to be sold in pure form for a fraction of the cost of Chill6™. They are going to make you look like a buffoon. Beyond ridiculous. I almost want to go to trial to see the judges face when this fact is unfolded via your expert trying to prove an unsafe "new drug" (readily available online)! Believe it or not, this is the least of your hurdles. I have 3 other things that strongly supports my case. You are going to have no answer, I can tell you don't know anything about this case. They are setting you up to fail. I don't think you can win. I mean, you have nothing to win, I voluntarily terminated Chill6™ when I could've just changed the description like all the other phenibut retailers. The bottom line, regardless what happens, the fda is most certainly going to look as stupid as they are. Your choice, but it's my way or court, and I was very fair with the last decree. The fda should've signed it, this new one is essentially the same. Wasting time and money over small potatoes. Doing what they do best, wasting Americans money. Do you want to talk to hear what I am going to amend? Save me the stamp if fda wants a power struggle. I'm ready for trial. I plan on getting the judge to ban phenibut if she deems it an unsafe new drug. I'm also going to make you and Steve look foolish. You'll see.

Dan

4

On Dec 5, 2022, at 5:59 PM, Sebastian, Manu J.
<Manu.J.Sebastian@usdoj.gov> wrote:


Dan,

If you do not wish to speak with us regarding the proposed
consent decree, that is certainly your choice. The government
cannot sign the version that you sent us. We have attempted to
address your general concerns in the attached consent decree.
We are available to discuss if you would like. Otherwise, we
already filed the complaint with the Court, and we will move
forward with that process.

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

**From:** Daniel Marald <dan28jam@hotmail.com>
**Sent:** Monday, December 5, 2022 3:41 PM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Consent Decree Revision

Listen, you can either sign it or not! You need to speak
to me for what? I'm not negotiating anymore than the
changes I made. I can talk with an attorney if I choose!
For the 10th time, I am representing myself pro se. If
you don't sign it, go to trial, you'll look like a fool
bringing this to trial, the business is long been
terminated. I'm not paying the punitive charges and no
judge will give you them after I documented product
destruction BEFORE fda demanded to come witness.
You're embarrassing yourself. Besides, you will not win
in a trial, I will. You'll see. FDA is lucky I signed what I
did! I was generous. Are you a new attorney!? I can
legally delete whatever I want from decree. I
highlighted one line where I added some words. It's
your choice to sign it or not. What do you want from
me! The decree is not changing. Take it or leave it. You
will never speak to my corporate attorney.
Everything I did to decree is lawful.

Dan

On Dec 5, 2022, at 3:14 PM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

Thank you for the response, Dan. You mentioned an attorney in your last email, but in previous conversations you said you were not represented in this matter. I do not believe you are represented, but if I am mistaken, I must speak with your attorney rather than directly with you. Please clarify or ask your attorney to contact me.

It is important to note that roughly eighteen changes were made in the consent decree you sent us, including the deletion of multiple sentences and two full paragraphs. While some negotiation may be possible regarding the standard terms of the consent decree, we will not know that unless we are able to have a conversation with you or your attorney.

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

**From:** Daniel Marald <Dan28Jam@hotmail.com>
**Sent:** Monday, December 5, 2022 11:23 AM
**To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Consent Decree Revision

What do you mean it can't be changed? My attorney deleted and highlighted one edit. That can in fact be changed! Agree and sign and it's over. You children are a nightmare, you destroyed a great business that help's Americans.

You should be ashamed. I'm glad to get the news involved.

On Dec 5, 2022, at 10:45 AM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

Good Morning Dan,

We received your revised consent decree. We identified that you made a number of edits/deletions in the proposed consent decree I sent to you on November 8, 2022.  The changes/deletions you made were to standard terms that everyone who signs consent decrees with FDA must agree to and that cannot be changed.  However, we would like to have a call with you to discuss some of the language you have issues with to determine if we can come to an amicable agreement.

Do you have some time on Tuesday afternoon for a call at 2pm?

-Manny

**Manu J. Sebastian**
Trial Attorney
U.S. Department of Justice
(202) 514-0515

**From:** Daniel Marald <Dan28Jam@hotmail.com>
**Sent:** Monday, November 21, 2022 4:45 PM
**To:** Sebastian, Manu J.

<Manu.J.Sebastian@us
doj.gov>
**Subject:** [EXTERNAL]
Re: Consent Decree
Revision

Hi Manny,

The postal carrier had
already found the zip
code before I got your
email. It was received
by the location
intended (Jamaica NY)
last Thursday at
10:34am. I got a
response from; ORA
HAF EAST1 Firm
Responses.


Dan




On Nov
21,
2022,
at 4:21
PM,
Sebasti
an,
Manu J.
<Manu.
J.Sebast
ian@us
doj.gov
>
wrote:


Good
Afterno
on Dan,

Was the
signed
consent
decree

8

sent to Steve yet? If so, was it sent by U.S. Mail or another service? If not, please let me know and I can email you an overnight shipping label to make things easier.

-Manny

**Manu J. Sebastian**
Trial Attorney U.S. Department of Justice (202) 514-0515

---

**From:** Sebastian, Manu J.
**Sent:** Tuesday, November 15, 2022 1:20 PM
**To:** Daniel Marald <[Dan28Jam@hotmail.](mailto:Dan28Jam@hotmail.)

com>

**Cc:**
Sharob
em,
Steven
(USAM
A)
<SShar
obem@
usa.doj.
gov>

**Subject
:** RE:
Consen
t
Decree
Revisio
n

Hey
Dan,

You can
send it
directly
to Steve.
His
address
is:

Steven
Sharob
em
Assista
nt
United
States
Attorn
ey
US
Attorn
ey's
Office,
District
of
Massac
husetts
One
Courth
ouse
Way,
Suite
9200

Boston
, MA
02210

-Manny

**Manu J.
Sebastia
n**
Trial
Attorney
U.S.
Departm
ent of
Justice
(202)
514-
0515

---

**From:**
Daniel
Marald
<Dan28
Jam@h
otmail.
com>
**Sent:**
Tuesda
y,
Novem
ber 15,
2022
1:16
PM
**To:**
Sebasti
an,
Manu J.
<Manu.
J.Sebast
ian@us
doj.gov
>
**Cc:**
Sharob
em,
Steven
(USAM
A)
<SShar
obem@
usa.doj.
gov>

**Subject**:
[EXTERNAL]
Re:
Consent
Decree
Revision

I need
zip
code??

On
Nov
8,
2022,
at
7:
25
PM
,
Sebastian,
Manu
J

.<Manu.J.Sebastian@usdoj.gov> wrote:

Good Evening Dan,

Pe

r o u r c o n v e r s a t i o n , a t t a c h e d p l e a s e f i n d t h e r e v i s e d c o n s e n t d e c r e e . I f

you need any clarification regarding the terms of the consent decree, we

encourage you to reach out to an attorney. Once you have reviewed the docu

ment, please print it and sign page 16. We can arrange to have the document

shipped to us once you have executed it. If you have any issues with printi

ng the document, please reach out to us and we can send you a copy by mail wit

hare turn envelope to make things easier. Thank you.

-Manny

**ManuJ.Se**

**bastian**

Trial Attorney
U.S. Department of Justice
(202) 514-0515

**Fro**

m: Daniel Marald <Dan28Jam@hotmail.com> Sent: Tuesday, Nov

ember 1, 2022 12:05 PM **To:** Sebastian, Manu J. <Manu.J.Sebasti

an@usdoj.gov>**Subject:** [EXTERNAL]Re:ConsentDecreeRevis

ion

Tomorrow at 2 pm

Thanks

Dan

On Nov 1, 2022, at 1

1:37 AM, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> w

rote:

Good Morning Dan,

We spoke with FDA and they are willing to revi

se the consent decree terms. Do you have some time to discuss at 3 pm today yo

rtomorrow at 2pm?

Best Regards,

Manny

**Manu J. Sebastian** Trial Attorn

ey Consumer Protection Branch U.S. Department of Justice Office: (202)

514-0515 [manu.j.sebastian@usdoj.gov](mailto:manu.j.sebastian@usdoj.gov)