# EXHIBIT 1

## Sebastian, Manu J.

| | |
|---|---|
| **From:** | Sebastian, Manu J. |
| **Sent:** | Friday, March 10, 2023 11:39 AM |
| **To:** | Daniel Marald |
| **Cc:** | Sharobem, Steven (USAMA) |
| **Subject:** | FW: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Daniel Marald | | |
| | Sharobem, Steven (USAMA) | Delivered: 3/10/2023 11:39 AM | Read: 3/10/2023 11:42 AM |

Mr. Marold,

Below is an Electronic Order that Judge Casper entered in this case.

Best Regards,

Manny

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

---

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Friday, March 10, 2023 11:13 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/10/2023 at 11:12 AM EST and filed on 3/10/2023
**Case Name:**      UNITED STATES OF AMERICA v. Marold

1

**Case Number:**     4:22-cv-11773-DJC
**Filer:**
**Document Number:** 18(No document attached)


**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re: [15] Motion to Vacate Default. Having considered the motion to vacate the default, D. 15, and the government's opposition, D. 17, the Court ALLOWS the motion for default. The Court sets the deadline for Plaintiff's answer or other responsive pleading to the complaint to 3/24/22. The Court does not anticipate further extensions as to this deadline. (Hourihan, Lisa)**


**4:22-cv-11773-DJC Notice has been electronically mailed to:**

Steven T. Sharobem     steven.sharobem@usdoj.gov, CaseView.ECF@usdoj.gov, leo.westgard@usdoj.gov, vivian.brock@usdoj.gov

Manu Sebastian     manu.j.sebastian@usdoj.gov, elynest.d.cruz-miranda@usdoj.gov, ocl.files@usdoj.gov

**4:22-cv-11773-DJC Notice will not be electronically mailed to:**

2

## Sebastian, Manu J.

| | |
|---|---|
| **From:** | postmaster@outlook.com |
| **To:** | Daniel Marald |
| **Sent:** | Friday, March 10, 2023 11:39 AM |
| **Subject:** | Delivered: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate |

## Your message has been delivered to the following recipients:

Daniel Marald (dan28jam@hotmail.com)

Subject: FW: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate