# EXHIBIT 2

## Sebastian, Manu J.

| | |
|---|---|
| **From:** | Sebastian, Manu J. |
| **Sent:** | Friday, March 10, 2023 1:03 PM |
| **To:** | Daniel Marald |
| **Cc:** | Sharobem, Steven (USAMA) |
| **Subject:** | FW: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Daniel Marald | | |
| | Sharobem, Steven (USAMA) | Delivered: 3/10/2023 1:03 PM | Read: 3/10/2023 1:12 PM |

Mr. Marold,

Please see below our correspondence with the Court regarding the Order from today.

Best Regards,

Manny

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

---

**From:** Lisa Hourihan <Lisa_Hourihan@mad.uscourts.gov>
**Sent:** Friday, March 10, 2023 12:48 PM
**To:** Sharobem, Steven (USAMA) <SSharobem@usa.doj.gov>; Haley Currie <Haley_Currie@mad.uscourts.gov>
**Cc:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** RE: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate

The motion to VACATE the default was allowed and he has until 3/24 to file a responsive pleading

---

**From:** Sharobem, Steven (USAMA) <Steven.Sharobem@usdoj.gov>
**Sent:** Friday, March 10, 2023 11:52 AM
**To:** Lisa Hourihan <Lisa_Hourihan@mad.uscourts.gov>; Haley Currie <Haley_Currie@mad.uscourts.gov>
**Cc:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** FW: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate

**CAUTION - EXTERNAL:**

Hi Lisa and Haley,

I hope you are doing well.  We must admit to some confusion related to the court's order this morning.   So we just want to make sure we understand it.  There are two questions:

1

1) Is the government's motion for default allowed?  Or is the defendant's motion to vacate the default allowed?
2) If the former, does the deadline mean that the government, as plaintiff in this case, has until March 24th to file its Motion for Default Judgment, which was the deadline we were operating under.   Or does the defendant have until March 24th to file an answer or responsive pleading to our complaint?  Our apologies but the order reads that the March 24th deadline is for the Plaintiff's answer or responsive pleading.

Forgive our question but we just want to be absolutely sure we understand the Court's order.  Particularly since we are dealing with a pro se defendant.

Thank you so much for the clarification.

Steve

Steven Sharobem
Assistant United States Attorney
US Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3355
*pronouns: he/him/his*

---

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Friday, March 10, 2023 11:13 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/10/2023 at 11:12 AM EST and filed on 3/10/2023
**Case Name:**  UNITED STATES OF AMERICA v. Marold
**Case Number:**  4:22-cv-11773-DJC
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re: [15] Motion to Vacate Default. Having considered the motion to vacate the default, D. 15, and the government's opposition, D. 17, the Court ALLOWS the motion for default. The Court sets the deadline for Plaintiff's**

2

**answer or other responsive pleading to the complaint to 3/24/22. The Court does not anticipate further extensions as to this deadline. (Hourihan, Lisa)**

**4:22-cv-11773-DJC Notice has been electronically mailed to:**

Steven T. Sharobem     steven.sharobem@usdoj.gov, CaseView.ECF@usdoj.gov, leo.westgard@usdoj.gov, vivian.brock@usdoj.gov

Manu Sebastian     manu.j.sebastian@usdoj.gov, elynest.d.cruz-miranda@usdoj.gov, ocl.files@usdoj.gov

**4:22-cv-11773-DJC Notice will not be electronically mailed to:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Sebastian, Manu J.

| | |
|---|---|
| **From:** | postmaster@outlook.com |
| **To:** | Daniel Marald |
| **Sent:** | Friday, March 10, 2023 1:03 PM |
| **Subject:** | Delivered: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate |

**Your message has been delivered to the following recipients:**

Daniel Marald (dan28jam@hotmail.com)

Subject: FW: Activity in Case 4:22-cv-11773-DJC UNITED STATES OF AMERICA v. Marold Order on Motion to Vacate