# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:22-cv-11773-MRG

UNITED STATES OF AMERICA v. Marold  
Assigned to: District Judge Margaret R. Guzman  
Cause: 28:1331 Fed. Question

Date Filed: 10/17/2022  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES OF AMERICA**    represented by   **Steven T. Sharobem**  
United States Attorney's Office MA  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210  
617-748-3355  
Email: steven.sharobem@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Manu Sebastian**  
DOJ-Civ  
450 5th Street NW  
Ste 6400  
Washington, DC 20530  
202-514-0515  
Email: manu.j.sebastian@usdoj.gov  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Marold**    represented by   **Daniel Marold**  
*an individual d.b.a. CHILL6*                           26 Valley Forge Circle  
West Boylston, MA 01583  
508-963-6000  
PRO SE

[Email All Attorneys]  
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2022 | 1 | COMPLAINT against All Defendants (Fee Status: US Government), filed by UNITED STATES OF AMERICA. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Sheet)(Sharobem, Steven) (Entered: 10/17/2022) |
| 10/17/2022 | 2 | AMENDED COMPLAINT against Daniel Marold, filed by UNITED STATES OF AMERICA. (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet, # 3 Exhibit 1)(Sharobem, Steven) (Entered: 10/17/2022) |

| | | |
|---|---|---|
| 10/18/2022 | 3 | Case transferred to Central Division (Worcester) (McManus, Caetlin) (Entered: 10/18/2022) |
| 10/18/2022 | 4 | Case transferred in from Eastern Division (Boston) on 10/18/2022 Case Number 1:22-cv-11773. (Alba, Robert) (Entered: 10/18/2022) |
| 10/18/2022 | 5 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge David H. Hennessy. (Finn, Mary) (Entered: 10/18/2022) |
| 10/18/2022 | 6 | NOTICE of Appearance by Steven T. Sharobem on behalf of UNITED STATES OF AMERICA (Sharobem, Steven) (Entered: 10/18/2022) |
| 10/18/2022 | 7 | NOTICE by UNITED STATES OF AMERICA *of Appearance of Manu J. Sebastian on behalf of UNITED STATES OF AMERICA* (Sharobem, Steven) (Entered: 10/18/2022) |
| 10/18/2022 | 8 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Barrows, Jennifer) (Entered: 10/18/2022) |
| 10/18/2022 | 9 | NOTICE of Appearance by Manu Sebastian on behalf of UNITED STATES OF AMERICA (Sebastian, Manu) (Entered: 10/18/2022) |
| 01/13/2023 | 10 | SUMMONS Returned Executed Daniel Marold served on 10/20/2022, answer due 11/10/2022. (Attachments: # 1 Exhibit FedEx Receipt)(Sharobem, Steven) (Entered: 01/13/2023) |
| 02/17/2023 | 11 | MOTION for Entry of Default by UNITED STATES OF AMERICA. (Attachments: # 1 Affidavit Declaration of DOJ Trial Attorney Manu J. Sebastian, # 2 Exhibit A, # 3 Exhibit B)(Sharobem, Steven) (Entered: 02/17/2023) |
| 02/21/2023 | 12 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 11 Motion for Entry of Default (Currie, Haley) (Entered: 02/21/2023) |
| 02/21/2023 | 13 | NOTICE: Clerk's ENTRY OF DEFAULT as to Daniel Marold (Currie, Haley) (Entered: 02/21/2023) |
| 02/21/2023 | 14 | Judge Denise J. Casper: ORDER entered. STANDING ORDER on motions for default judgment re 13 Notice: Clerk's Entry of Default (Currie, Haley) (Entered: 02/21/2023) |
| 03/01/2023 | 15 | MOTION to Vacate default by Daniel Marold.(Currie, Haley) (Entered: 03/01/2023) |
| 03/01/2023 | 16 | Consent Decree (Currie, Haley) (Entered: 03/01/2023) |
| 03/09/2023 | 17 | Opposition re 15 MOTION to Vacate *Default* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1)(Sharobem, Steven) (Entered: 03/09/2023) |
| 03/10/2023 | 18 | Judge Denise J. Casper: ELECTRONIC ORDER entered re: 15 Motion to Vacate Default. Having considered the motion to vacate the default, D. 15, and the government's opposition, D. 17, the Court ALLOWS the motion to vacate default. The Court sets the deadline for Plaintiff's answer or other responsive pleading to the complaint to 3/24/22. The Court does not anticipate further extensions as to this deadline. (Hourihan, Lisa) (Entered: 03/10/2023) |
| 03/13/2023 | 19 | ELECTRONIC NOTICE of Reassignment. Judge Margaret R. Guzman added. Judge Denise J. Casper no longer assigned to case. (Danieli, Chris) (Entered: 03/13/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/10/2023 13:05:19 | | | |
| **PACER Login:** | SSharobem | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-11773-MRG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |