FILED IN CLERK'S OFFICE

APR 11 '23 PM 1:59 USDC MA

# United States District Court
## District of Massachusetts

__United States__
Plaintiff

v.

__Daniel Marold__
Defendant

Case Number: 22-11973-MRG

__Remove default__

__5/11/23__
Date

__[signature: Daniel Marold]__
Signature