| MOTION TO THE COURT AND AFFIDAVIT | CASE DOCKET NO. 22-11773-DJC | Trial Court of Massachusetts District Court Department |
|---|---|---|
| United States PLAINTIFF / COMMONWEALTH | VS. Daniel Marold DEFENDANT | Worcester ☒ DISTRICT COURT |

On behalf of the ○ Plaintiff    ○ Commonwealth    ⦿ Defendant    in this case, I respectfully request the Court:

☐ *Continuance*: to continue this case which is presently scheduled for _____
   Event
   on _____, until _____, for the reasons given on page 2 of this form.

☒ *Remove default*: to order that the default, default order, or default judgment that was entered on __2/21/23__ be set aside, and that this case be restored to the court's calendar, for the reasons given on page 2 of this form.

☐ *Remove dismissal*: to order that the order for, or judgment of, dismissal that was entered on _____ be set aside, and that this case be restored to the court's calendar, for the reasons given on page 2 of this form.

☐ *Speedy trial*: to order that the complaints whose numbers are listed above be advanced for speedy trial, for the reasons given on page 2 of this form.

☐ *New trial*: to order that the court's judgment in this case dated _____ be vacated and a new trial ordered, for the reasons given on page 2 of this form.
   Date

☐ *Revise or revoke sentence*: to revise or revoke the sentence(s) imposed in this case on _____ for the reasons given on page 2 of this form.
   Date

☐ *Amend or extend an abuse prevention order*: to extend or amend the abuse prevention order under G.L. c. 209A dated _____ in the manner and for the reasons given on page 2 of this form.

☐ *Withdraw from representation*: to be permitted to withdraw from further representation of the _____ in this case for the reasons given on page 2 of this form.
   Party

☐ *Other*: (Specify what you are asking the Court to do and the reasons on a separate piece of paper and attach it to this form.)

I have today ☒ mailed  ☐ delivered a copy of this motion to all other parties to this case.

Any statements of fact made in this motion are made under the penalties of perjury and
○ of my own personal knowledge.    ⦿ based on information that I believe is true.

| DATE 2/22/23 | SIGNED X | | |
|---|---|---|---|
| PRINT NAME | ADDRESS | | PHONE NO. |

If motion is agreed to by other party, that party or attorney should sign here to indicate assent.

| DATE | SIGNED X | PHONE NO. |
|---|---|---|

### FOR CLERK-MAGISTRATE'S USE ONLY

| This motion has been scheduled for hearing > before the Court on this date and time  > | DATE OF HEARING | TIME OF HEARING |
|---|---|---|
| DATE | CLERK-MAGISTRATE OR DESIGNEE | |

### FOR JUDGE'S USE ONLY

☐ After hearing    ☐ Without a hearing    this motion is    ☐ Allowed.    ☐ Denied.

| DATE | JUSTICE X |
|---|---|

http://trialcourtweb.jud.state.ma.us/courtsandjudges/courts/districtcourt/formsfordownload.html   (Rev 10/09)

| **MOTION TO THE COURT AND AFFIDAVIT - PAGE 2** | CASE DOCKET NO. 22-11773-DJC | |

*Please note that you must comply with any court rules that govern your specific motion. Attach any materials you wish the Court to consider. Include all reasons for your motion; failing to include a reason may bar you from raising it later. As indicated on page one, note that any factual statements are made under the penalties of perjury.*

I Daniel Marold am the pro se defendant. I did respond to the complaint with a legally amended version of the plaintiff's decree/complaint (which is enclosed/attached). Mr. Sebastian did not accept my signed decree. Not only did I respond, but I also responded by the deadline and have proof of services. Mr. Sebastian told me we would be going to trial because he wouldn't accept the decree that I amended. I have requested a trial multiple times since mailing the decree (as you can see in exhibit screenshots from Mr. Sebastian). Mr. Sebastian deliberately delayed my right to a speedy trial to win by default.
The plaintiff lied to the media as well, and I will be filing a deformation lawsuit and/or counterclaim. At trial, I can prove the plaintiff misrepresented me to the media.

I lost several mental health jobs due to the postings on the internet. I believe Mr. Sabastian thinks panning through the dozens of emails between us, selecting the ones that may make me look bad, overshadows his extremely unprofessional, unethical and vicious anti-American attempts to sabotage my career, this case and subsequently the mentally ill. Many psychiatric hospitals in MA, and the United States have lost out on my God given talents and human service work. Mr. Sebastian has taken screenshots of random selected emails to build a false narrative to both the media and the court. His email screenshots are not in sequential order or timely, relative to what he claims they address. I can prove this with the email thread in its entirety.

Mr. Sebastian has fooled the media and hospitals however, with these fallacies as they feel they cannot hire me. Massachusetts hospitals and the mentally ill have lost out on my professional contributions, as I got a job training staff for the entire state via UMass Chan Medical School. Daniel Cho was very disappointed and said he had to rescind his offer due to Federal allegations. This happened with 4 other jobs due to plaintiff's malicious public misinformation on the internet. I notified Mr. Sebastian of the jobs that were rescinded (in a screenshot from employers), he did nothing to have the articles redacted. In fact, his delaying this trial has kept this false information online longer. This has hugely hurt hundreds/thousands of people in the state of MA, and many hospitals that are in desperate need of staff and staff training. As I'm recognized as a top mental health counselor/manager in New England and possibly the nation. I was also working on seminars and training to be published on Amazon to revolutionize psychiatric healthcare in America. I have also worked for Department of Youth Services MA for 7 years and lost my job due to this misinformation. The director of DYS was devastated as I was an exceptional role model for the youth. My name has been permanently smeared by plaintiff. This has wrongfully devastated me.

I complied to the plaintiff's complaint and shut my business down, and I needed to go back to work full time to support my family. I cannot work in my profession, as a result of the plaintiffs unprofessional, unethical actions. Doubtlessly, I'll prove this at trial. Mr. Sebastian lied maliciously to the media; his false public actions supersede insulting/sarcastic emails that I directed to him privately. As a result of his false allegations and misrepresentations, America/Americans will take an enormous loss. This is a travesty.

I am going to file my signed decree Mr. Sebastian refused to accept (while I'm at the courthouse filing this motion). I didn't file because Mr. Sebastian told me several times, he would not accept my signed decree and we'd be going to trial. I told him, if plaintiff doesn't accept my amended decree, I will seek justice at trial. Now Mr. Sebastian is trying to take advantage by seeking a freebie default. He said one thing and did another.

I ask the court to move forward with a trial if the plaintiffs refuse to accept my decree. Many things Mr. Sebastian has said is inaccurate and I must seek justice and try to overcome his assault on my life by proving it in a court of law. I need to have the false allegations from Federal agents removed from the internet. The plaintiff demanded I stop selling/my business, Chill6, after 7 outstanding years helping American's, then he sabotages my ability to work for a living, serving my community and our Country.

Respectfully yours,
Daniel R Marold